**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-50113-1-PHX-DGC |
| Plaintiff, | ) | |
| vs. | ) | |
| Jorge Alberto Vargas-Cortez, | ) | **ORDER** |
| Defendant. | ) | |

A status hearing regarding detention and a preliminary revocation on the Petition on Supervised Release was held on November 17, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1      **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3      DATED this 22nd day of November, 2005.

4

5

6                                                Lawrence O. Anderson
                                                 United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28